UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In re

GURMAIL S. SOHAL,

        Debtor.
-----------------------------------------------------------------------X
RICHARD J. MCCORD, ESQ., Chapter 7 Trustee
For the Estate of GURMAIL S. SOHAL,

        Plaintiff,

-against-

THE SIKH CULTURAL SOCIETY,

        Defendant.
-----------------------------------------------------------------------X

Chapter 7
Case No.: 18-40843-cec

Adv. Pro. No. 19-01008-cec

## ORDER PURSUANT TO RULE 9019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING COMPROMISE AND SETTLMENT OF THE ADVERSARY PROCEEDING

**UPON** the application dated November 13, 2019 (the "Application") of Richard J. McCord, Esq., as Chapter 7 Trustee for the Estate of Gurmail S. Sohal (the "Trustee"), by and through his counsel, Certilman Balin Adler & Hyman, LLP, pursuant to Rules 9019(a) and 2002(a)(3) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for approval of the Stipulation of Settlement by and between Richard J. McCord, Esq., as Chapter 7 Trustee of the Estate of Gurmail S. Sohal and The Sikh Cultural Society (the "Defendant") (the "Stipulation of Settlement"), resolving the instant adversary proceeding between the Trustee and the Defendant; and it appearing that the Court has jurisdiction over this matter; and due notice of the Application and this Order having been provided, and it appearing that no further notice need be provided; and it further appearing that the settlement set forth in the Stipulation of Settlement is fair, reasonable, and in the best interest of the Debtor's estate and all parties in interest; and the

Court having determined that the Stipulation of Settlement was entered into following good faith, arm's length negotiations; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Stipulation of Settlement annexed as **"Exhibit A"** to the Application is approved in all respects pursuant to Bankruptcy Rule 9019(a); and it is further

**ORDERED,** that the Trustee is hereby authorized to execute, deliver, implement and fully perform any and all documents and obligations and to take any and all actions reasonably necessary or appropriate to effectuate the Stipulation of Settlement.



**Dated: Brooklyn, New York
December 20, 2019**

_____
**Carla E. Craig
United States Bankruptcy Judge**